**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-2332**

———————————

JEREMY GERALD,

                                 Plaintiff - Appellant,

     versus

BANK OF AMERICA,

                                 Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-00-1896-L)

———————————

Submitted: March 22, 2001         Decided: March 27, 2001

———————————

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Jeremy Gerald, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeremy Gerald seeks to appeal the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint as frivolous pursuant to 28 U.S.C.A. § 1915(e) (West Supp. 2000). We dismiss the appeal for lack of jurisdiction because Gerald's notice of appeal was not timely filed.

Parties are accorded thirty days after entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on July 6, 2000. Gerald's notice of appeal was filed on October 10, 2000. Because Gerald failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2